IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-02023-MSK-PAC

PAUL JANKA,

    Plaintiff,

v.

PAUL BROOKS, in his official and individual capacity,
CATHY KERRAS, in her official and individual capacity,

    Defendants.

_____

## ORDER
_____

THIS COURT, being fully advised in the premises, hereby ORDERS:

All subsequent pleadings in the above-referenced case will reflect the true name of Defendant CATHY KERRAS as KRISTI KARRES PICKETT.

DATED this 17th day of November, 2005.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge