IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 05-cv-02023-MJW-PAC**

PAUL JANKA,

Plaintiff(s),

v.

PAUL BROOKS, et al.,

Defendant(s).

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on February 8, 2006, by Judge Marcia S. Krieger and was assigned to Magistrate Judge Michael J. Watanabe on February 8, 2006.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Patricia A. Coan is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

FURTHER, IT IS ORDERED that the **Order of Reference to Magistrate Judge**, entered by Judge Marcia S. Krieger on October 18, 2006, is **VACATED**.

FURTHER, IT IS ORDERED that the Final Pretrial Conference set before Judge Marcia S. Krieger, on January 25, 2007, at 8:00 a.m., is **VACATED**. The four day jury trial set for April 16, 2007, at 1:00 p.m., is also **VACATED.**

FURTHER, IT IS ORDERED that a Status Conference is set on March 13, 2006, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  At this conference, the court will address resetting the final pretrial conference date.  Counsel shall bring their calendars to court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED THIS 15th DAY OF FEBRUARY, 2006.

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge