IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02023-MJW-PAC

PAUL JANKA,

    Plaintiff,

v.

PAUL BROOKS, in his official and individual capacity, and
KRISTI KARRES PICKETT, in her official and individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendant Brook's Motion to Compel Disclosures and Responses to Interrogatories and Request for Production of Documents (docket no. 40) is DENIED.  Plaintiff has provided adequate answers to Defendant Brook's subject interrogatories and has provided the requested documents.  Moreover, Defendant has now had the opportunity to depose the Plaintiff concerning his damages. However, Plaintiff is put on notice of his duty to supplement his responses as required under Fed.R. Civ. P. 26(e).

Date: July 3, 2006