IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02023-MJW-PAC

PAUL JANKA,

    Plaintiff,

v.

PAUL BROOKS, in his official and individual capacity, and
KRISTI KARRES PICKETT, in her official and individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendant's Motion for Partial Summary Judgment on Plaintiff's Official Capacity Claims (docket no. 45), is confessed by the Plaintiff and therefore GRANTED.  See Plaintiff's response (docket no. 49).  The Plaintiff's official capacity claims against Defendant are DISMISSED.

Date:  August 15, 2006