IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02023-MJW-PAC

PAUL JANKA,

    Plaintiff,

v.

PAUL BROOKS, in his individual capacity,

    Defendant.

---

### ORDER FOR DISMISSAL WITH PREJUDICE
( Docket No. 75 )

---

THE COURT, having reviewed the Parties' Stipulated Motion for Dismissal with Prejudice, and being fully advised of the premises therein,

HEREBY ORDERS that the Stipulated Motion is Granted. This matter is dismissed in its entirety, with prejudice.

THE COURT FURTHER orders that each party shall bear its own costs and attorney fees.

DONE IN COURT this 1st day of November, 2006.

BY THE COURT:

_____
U.S. District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO